UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )            Mag. Judge Case No. ___10-382 JCB___
)
JOHN ROM, )
Defendant )

## AFFIDAVIT IN SUPPORT OF ARREST

I, Special Agent Douglas M. Baldwin, Department of State, do hereby make oath before the

Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that

upon knowledge coming to me in connection with my official duties and as part of the official

records of my office, I am advised that there is presently outstanding a warrant of arrest for one

JOHN ROM on an indictment filed in the District of Vermont charging the defendant with three

counts of fraud and misuse of documents required by immigration law  in violation of 18 U.S.C. §

1546 and one count of conspiracy to commit visa fraud in violation of 18 U.S.C. § 371, and I do

hereby make oath that this warrant of arrest is outstanding in said District on the basis of the

information set out above.  Copies of said warrant and the indictment are attached.

_____
DOUGLAS M. BALDWIN
Special Agent
Department of State

Subscribed and sworn to before me this 23rd day of November, 2010.

_____
HON. JENNIFER C. BOAL
United States Magistrate Judge