AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:10-CR-146-1 |
| John Rom | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Rom,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Fraud and misuse of visas, permits, and other documents and conspiracy to commit offense or to defraud United States

Date: 11/16/2010

_____
*Issuing officer's signature*

City and state: Burlington, Vermont

H. Beth Cota, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

CERTIFIED COPY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2010 NOV 16 PM 12:43

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:10-CR-146-1 |
| ) | |
| JOHN ROM, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about March 5, 2004 to on or about February 26, 2006, in the District of Vermont and elsewhere, John ROM did knowingly make under oath, and as permitted under penalty of perjury under Title 28, United States Code, Section 1746, did knowingly subscribe as true, false statements with respect to one or more material facts in applications, petitions, affidavits and other documents required by the immigration laws of the United States and regulations prescribed thereunder, and did knowingly present such applications, petitions, affidavits and other documents containing false statements to the United States Citizenship and Immigration Service, that is: in a federal income tax return, required to be attached to and included as part of the Affidavit of Support (INS Form I-864) submitted on February 26, 2006, with respect to an I-129F Petition for Alien Fiance in which Sokha Sin was the beneficiary, ROM identified Chilly Liv and Sally Liv as his nieces, when in fact, they are his daughters.

(18 U.S.C. § 1546)

## COUNT TWO

The grand jury further charges:

From on or about March 15, 2005 to on or about August 30, 2005, in the District of Vermont and elsewhere, John ROM did knowingly make under oath, and as permitted under penalty of perjury under Title 28, United States Code, Section 1746, did knowingly subscribe as true, false statements with respect to one or more material facts in applications, petitions, affidavits and other documents required by the immigration laws of the United States and regulations prescribed thereunder, and did knowingly present such applications, petitions, affidavits and other documents containing false statements to the United States Citizenship and Immigration Service, that is: in an Affidavit of Support (INS Form I-134) submitted on August 30, 2005, with respect to an I-129F Petition for Alien Fiance in which Channy Taing was the beneficiary, when asked to identify whether he had submitted visa petitions on behalf of other persons, Rom stated there were none when, in fact, he had filed such a petition on behalf of Sokha Sin.

(18 U.S.C. § 1546)

## COUNT THREE

The grand jury further charges:

On or about July 20, 2007, in the District of Vermont and elsewhere, John ROM did knowingly make under oath, and as permitted under penalty of perjury under Title 28, United States Code, Section 1746, did knowingly subscribe as true, false statements with respect to one or more material facts in applications, petitions, affidavits and other documents required by the immigration laws of the United States and regulations prescribed thereunder, and did knowingly present such applications, petitions, affidavits and other documents containing false statements to the United States Citizenship and Immigration Service, that is: in an I-129F Petition for Alien Fiancé that ROM submitted on behalf of Chenda Meas, when asked whether he had ever filed for this or any other alien fiancé or husband/wife before, ROM answered "no" when, in fact, he had filed at least two other petitions for alien fiancé before, namely, for Sokha Sin and Channy Taing.

(18 U.S.C. § 1546)

## COUNT FOUR

The grand jury further charges:

1. Beginning in or about March 2007, and continuing through in or about Summer 2008, in the District of Vermont and elsewhere, the defendant JOHN ROM did knowingly conspire with persons known and unknown to the grand jury, to make and present applications, affidavits, and other documents required by the immigration laws of the United States and regulations prescribed thereunder, in that ROM submitted or caused to be submitted I-129F Petitions for Alien Fiance in support of Cambodian foreign nationals based on their engagements to United States citizens, which contained false statements or which failed to contain any reasonable basis in law or fact, all in violation of Title 18, United States Code, Section 1546.

2. It was the object of the conspiracy to profit financially by submitting fraudulent immigration paperwork that falsely denied that the engagements were arranged through a marriage broker and was intended to evade the provisions of the immigration laws because the United States citizens did not intend to live as husband and wife with their alien fiances.

3. It was part of the conspiracy that ROM would recruit United States citizens to travel to Cambodia for the purposes of participating in engagement ceremonies when they had no intention of actually living as husband and wife with the Cambodian nationals.

4. It was further a part of the conspiracy that ROM would assist such individuals in obtaining their United States passports on an expedited basis from the United States Department of State so that they could travel to Cambodia on short notice.

5. It was further a part of the conspiracy that ROM would pay or help pay for the airline tickets of the United States citizens traveling to Cambodia for purposes of participating in

the engagement ceremonies.

6. It was further a part of the conspiracy that ROM would offer to compensate the United States citizens for traveling to Cambodia for purposes of participating in the engagement ceremonies.

7. It was further a part of the conspiracy that ROM would arrange to have the engagement ceremonies photographed for purposes of providing documentation of the authenticity of the relationship as part of the application process.

8. It was further a part of the conspiracy that ROM caused the submission of I-129F Petition for Alien Fiances based on the engagement ceremonies to the United States Citizenship and Immigration Services for purposes of having the Cambodian foreign nationals gain or attempt to gain entry to the United States.

9. It was further a part of the conspiracy that based on the engagement ceremonies, ROM would cause the Cambodian foreign nationals to apply for a K-1 visa to enter the United States from the United States embassy in Cambodia.

10. On or about the dates below, the conspirators committed the following acts, among many others, to effect the objects of the conspiracy:

    a. On or about August 9, 2007, ROM caused the submission of a Form I-129F Petition for Alien Fiance to the United States Citizenship and Immigration Services with an Unnamed Female as the petitioner and the Cambodian foreign national with whom she had participated in an engagement ceremony as the beneficiary;

    b. On or about January 6, 2008, ROM caused the submission of a Form I-

129F Petition for Alien Fiance to the United States Citizenship and Immigration Services with a second Unnamed Female as the petitioner and the Cambodian foreign national with whom she had participated in an engagement ceremony as the beneficiary;

c. On or about May 6, 2008, following another engagement ceremony involving a third Unnamed Female and a different Cambodian foreign national, ROM caused the submission of a Form I-129F Petition for Alien Fiance to the United States Citizenship and Immigration Services with a third Unnamed Female as the petitioner and the Cambodian foreign national with whom she had participated in an engagement ceremony as the beneficiary.

(18 U.S.C. § 371)

A TRUE BILL

_Heather C. Ross_ (HER) for
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
November 16, 2010

I hereby attest and certify on _November 22 2010_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
JEFFREY S. EATON
Clerk, U.S. District Court
District of Vermont
BY: _Risa Wright_
Deputy Clerk

6